IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PHILLIP AMERIS, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PENNSYLVANIA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>        Plaintiff,<br><br>   v.<br><br>BABCOCK EXCAVATING, INC.,<br><br>        Defendant. | Civil Action No. 09-723<br><br>Judge Gary L. Lancaster |

### CONSENT JUDGMENT

AND NOW, this 24th day of July, 2009, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Babcock Excavating, Inc. in the amount of $57,511.62, plus additional interest from July 31, 2009.

Payments are to be made as follows:

| | | |
|---|---|---|
| August 15, 2009 | - | $2,500.00 |
| September 15, 2009 | - | $2,500.00 |
| October 15, 2009 | - | $5,027.03 |
| November 15, 2009 | - | $5,027.03 |
| December 15, 2009 | - | $5,027.03 |
| January 15, 2010 | - | $5,027.03, plus additional interest from July 31, 2009 |
| February 15, 2010 | - | $32,403.50 |

Defendant Babcock Excavating, Inc. shall also submit to Plaintiff its reports with payment by the 30th of the month after the month in which laborers perform work.



As long as the above conditions are met, Plaintiff will take no action to execute upon this judgment and the judgment shall be satisfied.

_____
The Honorable Gary L. Lancaster
United States District Judge

CONSENTED TO BY:

_____
Jeffrey J. Leech
Attorney for Plaintiff

BABCOCK EXCAVATING, INC.

By: _____
Name: Ralph Scobbo
Title: PRES

Jul 21 09 03:12p    Babcock Excavating Inc    7249343544    p.3