IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al., | ) ) ) | Civil Action No. 09-723 |
| Plaintiff, | ) ) | Judge Gary L. Lancaster |
| v. | ) ) | |
| BABCOCK EXCAVATING, INC., | ) ) | |
| Defendant. | ) ) | |
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., et al., | ) ) ) ) | Civil Action No. 09-724 |
| Plaintiff, | ) ) | Judge Gary L. Lancaster |
| v. | ) ) | |
| BABCOCK EXCAVATING, INC., | ) ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this _15th_ day of _Oct_, 2010, after consideration

of Plaintiffs' Motion to Compel Attendance at Deposition in Aid of Execution, it is hereby

ORDERED, ADJUDGED and DECREED that Ralph Scobbo shall appear for a deposition in aid

of execution at the office of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh,

Pennsylvania 15222, on November 8, 2010 at 10:00 a.m. It is FURTHER ORDERED that

Ralph Scobbo shall produce at the deposition all of the documents and information set forth in

the Notice of Deposition served by Plaintiffs' counsel on September 24, 2010.

The Honorable Gary L. Lancaster
Chief United States District Judge