IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al., <br><br> Plaintiff, <br><br> v. <br><br> BABCOCK EXCAVATING, INC., <br><br> Defendant. | Civil Action No. 09-723 <br><br> Judge Gary L. Lancaster |
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> BABCOCK EXCAVATING, INC., <br><br> Defendant. | Civil Action No. 09-724 <br><br> Judge Gary L. Lancaster |

## ORDER OF COURT

AND NOW, this 30th day of November, 2010, upon consideration of Plaintiffs' Motion to Postpone Contempt Hearing, IT IS HEREBY ORDERED that the motion is GRANTED and the hearing of December 1, 2010 will now be held on Friday, February 11, 2011 at 1:00 p.m. in Courtroom No. 3A to determine whether Defendant Ralph Scobbo should be held in contempt of this Court's Order dated October 15, 2010 and whether a bench warrant should be issued for the arrest and incarceration of Defendant, Ralph Scobbo until such time as he cooperates and produces all records required by the Court's Order. Finally, Defendant shall also pay to each Plaintiff an additional $500.00 in sanctions.

*[signature]*

The Honorable Gary L. Lancaster
Chief United States District Judge