IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al., | Civil Action No. 09-723 |
| Plaintiff, | Judge Gary L. Lancaster |
| v. | |
| BABCOCK EXCAVATING, INC., | |
| Defendant. | |
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., et al., | Civil Action No. 09-724 |
| Plaintiff, | Judge Gary L. Lancaster |
| v. | |
| BABCOCK EXCAVATING, INC., | |
| Defendant. | |

## ORDER OF COURT

AND NOW, this 10th day of February, 2011, upon consideration of Plaintiffs' Motion to Cancel Hearing, it is hereby ORDERED that the hearing scheduled for Friday, February 11, 2011 at 1:00 p.m. is hereby CANCELLED.

*[signature]*
The Honorable Gary L. Lancaster
Chief United States District Judge